IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO GUTIERREZ,

    Plaintiff,                    No. CIV S-11-1062 JAM DAD P

    vs.

FIFTH APPEAL COURT,

    Defendant.                ORDER

_____/

        This civil rights action was dismissed with prejudice as <u>Heck</u>-barred and closed on November 22, 2011. Nevertheless on December 5, 2011, and December 12, 2011, plaintiff filed letters with this court reflecting this case number. Plaintiff is advised that any documents he files after the closing date of this case will be disregarded, and no orders will issue in response to future filings.

DATED: December 22, 2011.

                                                                DALE A. DROZD
                                                               UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
guti1062.58